# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONZO EDWARD MADISON, : | |
| *Petitioner*, : | |
| : | CIVIL ACTION |
| v. : | NO. 18-4669 |
| : | |
| LAWRENCE MAHALLY, *et al*., : | |
| *Respondents*. : | |

## ORDER

**AND NOW**, this 25th day of May, 2021, upon independent consideration of Alfonzo Madison's Amended Petition for Writ of Habeas Corpus (ECF No. 44), Respondents' Response thereto (ECF No. 48), Petitioner's Reply in Support of his Petition (ECF No. 51), and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret (ECF No. 53), to which Petitioner filed no objections, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Lloret (ECF No. 53) is **APPROVED** and **ADOPTED**;

2. Mr. Madison's Petition for Writ of Habeas Corpus (ECF NO. 44) is **DISMISSED with PREJUDICE** by separate Judgment filed contemporaneously with this Order. *See* Fed. R. Civ. P. 58(a); Rules Governing Section 2254 Cases in the United States District Courts, Rule 12;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find the "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-

63 (3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, 565 U.S. 134 (2012); and

4. The Clerk of Court is **DIRECTED** to **MARK** this file **CLOSED**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II  J.